# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Hugo Gervacio

                        Plaintiff,

v.                                                     Case No.: 1:23–cv–00231

                                                           Honorable Virginia M. Kendall

LVNV Funding LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 18, 2023:

      MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Agreed Motion to Dismiss all Defendants except Defendant LVNV [45] is granted. Defendants Medical Business Bureau LLC, Equifax Information Services LLC and Experian Information Solutions Inc. are dismissed with prejudice. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.